| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

Caption in Compliance with D.N.J. LBR 9004-1(b)

Joseph P. Slawinski, Esq.
Law Offices of Steven A. Varano, P.C.
96 Newark Pompton Turnpike
Little Falls, New Jersey 07424
jps@varanolaw.com
Telephone: 973-256-1414
Facsimile: 973-256-6111

**Order Filed on December 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Munoz, Julio Cesar, a/k/a Julio Cesar Munoz Angulo

Case No.: 17-28341 VFP

Hearing Date: December 5, 2017

Judge: Vincent F. Papalia

Chapter: 7

Recommended Local Form:    ☐ Followed    ☒ Modified

# ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: December 8, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the motion of Movant, Selene Finance, LP, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinaftef set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

821-23 2nd Place, Plainfield, New Jersey 07060, Lot 14, Block 830

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriffs sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriffs sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 712 16*